UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : |
|---|---|
|  | : |
| v. | : NO. 2:96MJ136(TPS) |
|  | : |
| DAVID ISIAH CASSELLS | : JULY 23, 2008 |

MOTION TO DISMISS

The United States of America hereby moves to dismiss the Criminal Complaint for the Unlawful Reentry into the United States by an Illegal Alien against the above-named defendant. The warrant has remained unexecuted since October 30, 1996, the date of Complaint, and the United States seeks to close this criminal matter.

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

_____
DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct04786
450 Main Street, Room 328
Hartford, CT  06l03
(860) 947-1101

Leave of court is granted for the filing of the foregoing motion to dismiss. It is so ordered.

_____
HON. THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE

Dated: _____
Hartford, Connecticut